DANIEL G. BOGDEN
United States Attorney

GREG ADDINGTON
Assistant United States Attorney
Nevada Bar # 6875
100 West Liberty Street, Suite 600
Reno, Nevada 89501
(775) 784-5438
(775) 784-5181-facsimile

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

RAYMOND D. YOWELL,

   Plaintiff,

  v.

ROBERT ABBEY,
HELEN HANKINS,
DEPARTMENT OF THE
TREASURY-FINANCIAL MANAGEMENT
SERVICES,
THE ALLIED INTERSTATE, INC.,
PIONEER CREDIT RECOVERY, INC.,
THE CBE INC.,
JIM CONNOLY,
DENNIS JUROGIAN,
JIM PITTS,
MARK TORVINEN, and
COOK OF UTAH,

   Defendants.

3:11-cv-518-RCJ-VPC

STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AGAINST ALL DEFENDANTS

  Pursuant to Rule 41(a)(1)(A), Fed.R.Civ.P., it is hereby stipulated and agreed by all parties who have appeared in this action that this action is dismissed with prejudice as to all claims

alleged against all defendants, with each party to bear their own costs of litigation including

attorneys' fees.

_____
RAYMOND YOWELL, Pro Se
Plaintiff

_____
DOUGLAS R. RANDS, ESQ.
Counsel for Jim Pitts, Elko County
Sheriff's Office, Elko County-Nevada

_____
JOSEPH P. HARDY, ESQ.
Counsel for CBE Group, Inc.
erroneously sued as The CBE Inc.

_____
GREG ADDINGTON
Assistant United States Attorney
Counsel for Robert Abbey, Helen Hankins,
Department of the Treasury-Financial
Management Services, Department of the
Interior-Bureau of Land Management, United
States of America

_____
DENNIS L. BELCOURT, ESQ.
Deputy Attorney General
Counsel for State Defendants Jim Connelly
and Dennis Journigan

IT IS SO ORDERED this 23rd day of December, 2014.

_____
ROBERT C. JONES
District Judge